Argued and submitted October 31, reversed and remanded for new trial
December 5, 1990

STATE OF OREGON,
*Respondent,*

*v.*

TYRONE FORTUNE,
*Appellant.*

(C88-10-37114; CA A61338)

800 P2d 1091

Lawrence J. Hall, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals the trial court's denial of his motion to suppress evidence seized in a search of his person. The search involved is the same one that we reviewed in *State v. Yoakum,* 104 Or App 291, 799 P2d 1150 (1990), and concluded was unlawful. Accordingly, the trial court erred in denying defendant's motion to suppress.

Reversed and remanded for a new trial.